UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
APR 25 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:23-cr-40 |
| | ) |
| v. | ) Judge Atchley |
| | ) |
| | ) Magistrate Judge Steger |
| REMEO HUBBARD, | ) |
|     also known as "FLEX," | ) |
| AMBER REANN SMITH, | ) |
|     also known as "KIKI" | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about March of 2021 to in or about December of 2022, in the Eastern District of Tennessee and elsewhere, the defendant, **REMEO HUBBARD, also known as "FLEX," AMBER REANN SMITH, also known as "KIKI,"** and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly, intentionally, and without authority distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT TWO

The Grand Jury further charges that on or about April 27, 2021, in the Eastern District of Tennessee, the defendant, **AMBER REANN SMITH, also known as "KIKI,"** did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance

Page **1** of **4**

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

### COUNT THREE

The Grand Jury further charges that on or about June 25, 2021, in the Eastern District of Tennessee, the defendant, **AMBER REANN SMITH, also known as "KIKI,"** did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

### COUNT FOUR

The Grand Jury further charges that on or about September 21, 2022, in the Eastern District of Tennessee, the defendant, **REMEO HUBBARD, also known as "FLEX,"** did knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

### COUNT FIVE

The Grand Jury further charges that on or about December 21, 2022, in the Eastern District of Tennessee, the defendant, **REMEO HUBBARD, also known as "FLEX,"** did knowingly, intentionally, and without authority possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

## *Forfeiture Allegations*

1. The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, as set forth in Counts One through Five of this indictment, the defendants, **REMEO HUBBARD, also known as "FLEX,"** and **AMBER REANN SMITH, also known as "KIKI,"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

## Money Judgement

A personal money judgment against the defendants, **REMEO HUBBARD, also known as "FLEX,"** and **AMBER REANN SMITH, also known as "KIKI,"** and in favor of the United States, which represents proceeds each defendant personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and/or 846.

3. If any of the properties described above, because of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court;

c. has been substantially diminished in value;

d. or has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: 
Kevin T. Brown
Assistant United States Attorney